IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| STATES RESOURCES CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-6041-CV-SJ-DGK |
| | ) | |
| MARK R. YOUNGER, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BEARCAT EXPRESS, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

On November 10, 2008, this Court entered its Order granting Plaintiff States Resources Corp.'s Motion for Summary Judgment against Defendants Mark R. Younger and Bearcat Express, LLC. Based upon the reasoning set forth in that Order, the Court hereby enters judgment against defendants as follows:

**IT IS HEREBY ORDERED THAT** judgment is entered in favor of plaintiff on Counts I and III against Defendants Mark R. Younger and Bearcat Express, LLC and each of them, jointly and severally, in the principal amount of $229,939.61, with accrued interest through April 10, 2008 of $44,849.34, and fees of $20.00, advanced funds of $18,136.37, for a total due as of that date of $292,945.32, together with interest accruing from and after April 10, 2008 through the date of judgment at the per diem rate of $76.96066, and for interest in the judgment at the statutory rate.

**IT IS FURTHER ORDERED THAT** judgment is entered in favor of plaintiff on Counts II and IV against Defendants Mark R. Younger and Bearcat Express, LLC, and each of

them, jointly and severally, in the principal amount of $215,945.47, with accrued interest through April 10, 2008 in the amount of $60,267.26, and late charges of $3,246.00, for a total due as of that date of $279,458.73, together with interest accruing from and after April 10, 2008 through the date of judgment at the per diem rate of $70.48220, for its attorneys' fees of $15,148.93, and for interest on the judgment at the statutory rate.

**FOR WHICH LET EXECUTION ISSUE.**


Date: December 22, 2010              /s/ Greg Kays
                                     GREG KAYS, JUDGE
                                     UNITED STATES DISTRICT COURT